IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| WAITER.COM, INC., <br><br>     Plaintiff, <br><br> vs. <br><br> WAITR HOLDINGS INC., and WAITR INC., <br><br>     Defendant. | CASE NO.   2:16-CV-01041-PM-KK <br><br> JUDGE ROBERT R. SUMMERHAYS <br><br> MAGISTRATE JUDGE KATHLEEN KAY |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion to Dismiss Pursuant to Rule 41(a)(2) With Prejudice of all claims and counterclaims asserted between Plaintiff Waiter.com, Inc. and Defendants Waitr Holdings Inc. and Waitr Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Waiter.com, Inc. and Defendants Waitr Holdings Inc. and Waitr Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "License, Release and Settlement Agreement" and dated June 22, 2021.

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

SIGNED in Lafayette, Louisiana, this 16th day of July, 2021.

_____
ROBERT SUMMERHAYS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA